UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


ROSA RODRIGUEZ,

CASE NO: 6:25-cv-54

Plaintiff,

v.

I.C. SYSTEM, INC,

Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, **Rosa Rodriguez** ("Ms. Rodriguez" or "Plaintiff"), by and through her undersigned counsel, herby sues Defendant, I.C. System, Inc. ("Defendant"), and states the following:

## PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages brought by Ms. Rodriguez, against Defendant for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2. Subject matter Jurisdiction arises under the FDCPA 15 U.S.C § 1692k(d) and 28 U.S.C § 1331.

1

3.    Venue is proper in the Middle District of Florida, pursuant to 28 U.S.C. § 1391(b)(2), because the Defendant conducts business in the Middle District of Florida and the conduct complained of was committed and/or caused by Defendant within the Middle District of Florida.

## PARTIES

4.    Plaintiff is a natural person residing in Orlando, Orange County, Florida. Ms. Rodriguez is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

5.    Defendant is a Minnesota corporation with its principal place of business located at 444 Highway 96 East, St. Paul, Minnesota 19053.

6.    Defendant's Florida Registered Agent is CT Corporation System, 1200 S. Pine Island Rd., Plantation, FL 33324.

7.    Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another.

## GENERAL ALLEGATIONS

8.    Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C §1692a(6).

9.    The alleged debt arose from a financial obligation that was primarily for personal, family, or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C §1692a(5).

2

10.    On or about November 14, 2024, Ms. Rodriguez reviewed her credit report on "credit karma."

11.    On the credit report, Ms. Rodriguez observed a trade line from Defendant.

12.    Defendant furnished a trade line of $296, allegedly owed to Orlando Utilities Commission.

13.    On or about November 14, 2024 Ms. Rodriguez sent a letter to Defendant via certified mail (Tracking number: 9589 0710 5270 1200 2927 73), which indicated she was no longer disputing this tradeline and to update her report as such.

14.    Defendant received the letter on November 22, 2024.

15.    On or about December 29, 2024, Ms. Rodriguez re-checked her credit report and observed that Defendant failed to communicate that the debt was no longer disputed by Ms. Rodriguez.

16.    Defendant's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Ms. Rodriguez and caused severe humiliation, emotional distress, mental anguish and FICO scores

<u>COUNT I – VIOLATION OF THE FDCPA - 15 U.S.C. §1692e(8)</u>

17.    Ms. Rodriguez adopts and incorporates paragraphs 1-16 as if fully stated herein.

18.    Defendant violated 15 U.S.C § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that alleged debt was in dispute by Ms. Rodriguez.

19.    As a result of the above violations of the FDCPA, the Defendant is liable to Ms. Rodriguez for actual damages, statutory damages and cost.

WHEREFORE, Plaintiff Ms. Rodriguez respectfully requests that judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Ms. Rodriguez herby demands a trial by jury on all issues so triable.

Dated: January 13, 2025

Respectfully submitted,

*/s/ Ethan B. Babb*
**ETHAN B. BABB, ESQ.**
Florida Bar No. 127488
Email: ebabb@llr.law
Secondary: kschofield@llr.law
LACEY|LYONS|REZANKA
6013 Farcenda Pl, Suite101
Melbourne, FL 32940
Phone: (321) 608-0890
Fax: (321) 608-0891
*Counsel for Plaintiff*

4